IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JERRALD SIMPSON**                                                              **PLAINTIFF**

**VERSUS**                                      **NO.: 3:17CV7-MPM-JMV**

**HOME DEPOT U.S.A., INC.**                              **DEFENDANT**

### NOTICE OF RECEIPT OF ORIGINAL DEPOSITIONS

**TO:**     **All Counsel of Record**

Pursuant to UNIFORM LOCAL RULE 5.3(B), notice is hereby given that I have received, and will retain as the custodian thereof, the original of the following depositions:

Deponents: Sharieka Wilson, Rodney McCraney, Adam Ammar, David Wayne Holloway, Stephen Davidson, E. Andrew Gentry, Jr. and Brandy Lynn Carpenter.

Taken at the instance of:     Jerrald Simpson, the Plaintiff

Pursuant to UNIFORM LOCAL RULE 5.3(B), a copy of the cover sheets accompanying these depositions are attached hereto as "Exhibits A- G."

This the 10th day of November, 2017.

                                                        Respectfully submitted,

                                                        WAIDE & ASSOCIATES, P.A.

                                                        BY: */s/ Ron Woodruff*
                                                            RON WOODRUFF
                                                            MS BAR NO.: 100391

WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MS  38802
TELEPHONE:  662/842-7324
FACSIMILE:  662/842-8056
EMAIL:  waide@waidelaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Ron L. Woodruff, attorney for Plaintiff, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

**Lindsay Thomas Dowdle, Esq.**
**ldowdle@joneswalker.com**
**lalexander@joneswalker.com**

**Jennifer F. Kogos, Esq.**
**David K. Theard, Esq.**
**jkogos@joneswalker.com**
**dtheard@joneswalker.com**
**tpierre@joneswalker.com**
**anebel@joneswalker.com**

DATED, this the 10th day of November, 2017.

/s/ *Ron L. Woodruff*
RON L. WOODRUFF