**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JERRALD SIMPSON**   **PLAINTIFF**

**VS.**   **CIVIL ACTION NO. 3:17-CV-7-MPM-JMV**

**HOME DEPOT U.S.A., INC.**   **DEFENDANT**

## ORDER

Before the court is the defendant's Motion to Strike *Errara Sheet of Jerrald Simpson* by Home Depot U.S.A., Inc. [40], filed December 18, 2017. In plaintiff's [42] response to the motion, plaintiff withdrew Jerrald Simpson's errata sheet and requested that the instant motion be denied as moot.

THEREFORE, the instant motion is hereby denied as moot.

**SO ORDERED**, this January 8, 2018.

                                             /s/ Jane M. Virden
                                             **UNITED STATES MAGISTRATE JUDGE**

.